# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 16-1265                                                  September Term, 2016

NLRB-04CA87233
NLRB-04CA86325
NLRB-04CA160992

Filed On: November 18, 2016 [1646862]

Oberthur Technologies of America
Corporation,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Graphic Communications Conference,
International Brotherhood of Teamsters,
Local 14M,
    Intervenor

------------------------------

Consolidated with 16-1330, 16-1331

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The briefing schedule established by the court's November 1, 2016 order in case 16-1265 remains in effect and applies to cases 16-1330 and 16-1331.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                            BY:    /s/
                                        John J. Accursio
                                        Deputy Clerk